**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Raymon D. HILL, Defendant—
Appellant.**

No. 05–10332.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 16, 2006.

Hannah Horsley, Esq., Philip J. Kearney, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Mary Pougiales, Esq., Novato, CA, for Defendant–Appellant.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Raymon D. Hill appeals from his guilty-plea conviction and 36–month sentence for willful receipt of a firearm/ammunition while under indictment, in violation of 18 U.S.C. § 922(n).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Hill has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Hill has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

Counsel's motion to withdraw is granted.

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.